Abdulmalik SANNI, Petitioner–
Appellant,

v.

John ASHCROFT; Immigration and
Naturalization Service, Respon-
dents–Appellees.

No. 03–2353.

United States Court of Appeals,
Second Circuit.

Feb. 18, 2004.

Abdulmalik Sanni, Jamaica, NY, for Pe-
titioner–Appellant, pro se.

Varuni Nelson, Asst. U.S. Atty, Brook-
lyn, NY, for Respondents–Appellees.

Present: POOLER, SOTOMAYOR, and
WESLEY, Circuit Judges.

### SUMMARY ORDER

Petitioner–Appellant Abdulmalik Sanni
appeals from the judgment, dated April 30,
2003, of the U.S. District Court of the
Eastern District of New York (Ross, J.)
denying his petition for the issuance of a
writ of habeas corpus pursuant to 28
U.S.C. § 2241. We assume familiarity
with the underlying facts, procedural histo-
ry, and specification of appellate issues and
hold as follows.

Our review of a district court's denial of
a habeas petition brought pursuant to 28
U.S.C. § 2241 is *de novo. See Kuhali v.
Reno,* 266 F.3d 93, 99 (2d Cir.2001). Upon
our review of the record and of the argu-
ments of the parties, we conclude that the
district court's judgment should be af-
firmed.

First, Sanni challenges the decision of
the Immigration and Naturalization Ser-
vice ("INS") to deny his request for parole.
As the district court correctly found, how-
ever, the federal courts lack jurisdiction to
review such discretionary determinations
of the INS in the context of a § 2241
motion. *See Sol v. INS,* 274 F.3d 648, 651
(2d Cir.2001).

Second, Sanni contends that his deten-
tion by the INS violates his right to due
process. The district court correctly held
that such a claim has no merit because
Sanni's detention at present results from
his challenge to an INS deportation order.
*See Doherty v. Thornburgh,* 943 F.2d 204,
211 (2d Cir.1991).

Accordingly, for the reasons set forth
above, the judgment of the District Court
is hereby AFFIRMED.